No. 91–654. CAFARO *v.* NEW YORK, 502 U. S. 1005 and 1124. Motion for leave to file second petition for rehearing denied.

No. 91–786. CLARKE *v.* LOMA LINDA FOODS, INC., ET AL., 502 U. S. 1034. Petition for rehearing denied. JUSTICE BLACKMUN would grant this petition.

No. 91–1341. THANH VONG HOAI ET AL. *v.* THANH VAN VO ET AL., 503 U. S. 967. Petition for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–6693. FISHER *v.* ALABAMA, 503 U. S. 941. Petition for rehearing denied. JUSTICE BLACKMUN, JUSTICE STEVENS, JUSTICE O'CONNOR, and JUSTICE KENNEDY would call for a response to the petition for rehearing.